IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS



SUPPRESSED
FILED

MAY 03 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NUMBER 06-40032-JLF |
| MIGUEL A. RIOS, | ) | TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) AND |
| Defendant | ) | 841(b)(1) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

On or about October 10, 2003, in Jefferson County, within the Southern District of Illinois,

**MIGUEL A. RIOS,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing less than five (5) grams of cocaine base, commonly called "crack cocaine", a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2

On or about October 22, 2003, in Jefferson County, within the Southern District of Illinois,

**MIGUEL A. RIOS,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing less than five (5) grams of cocaine base, commonly called "crack cocaine", a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

1

## COUNT 3

On or about November 17, 2003, in Jefferson County, within the Southern District of Illinois,

**MIGUEL A. RIOS,**

defendant herein, did knowingly and intentionally possess with the intent to distribute less than five hundred (500) grams of a mixture and substance containing cocaine, a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**A TRUE BILL**

_____
FOREPERSON

_____
RANDY G. MASSEY
Acting United States Attorney

_____
George A. Norwood
Assistant United States Attorney

Recommended Bond:  Detention